| | |
|---|---|
| 1 | MELODIE A. WHITSON (CA SBN 253992) |
| | CASPER J. RANKIN (CA SBN 249196) |
| 2 | ANNE W. HAMANN (CA SBN 254327) |
| | PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |

Attorneys for WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 006-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MARITESS E. LAGANDAON,<br><br>Debtor(s). | Case No. 10-30372-DM<br><br>Chapter 13<br><br>R.S. No. ALH-42<br><br>PROOF OF SERVICE BY MAIL AND/OR EMAIL |

I, Michael Velasco, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On July 9, 2010, I served the [proposed] ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, and/or by sending an e-mail with true and correct copies of the above referenced documents attached thereto, to the registered e-mail addresses as follows:

SEE ATTACHED SERVICE LIST.

Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via Notice of Electronic Filing (NEF) email, with corresponding hyperlink(s) to the documents via PACER. The transmission of the NEF shall

1  constitute effective service in accordance with BLR 9013-3(c) and 9022-1(b). On <u>July 9, 2010</u> I
2  checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined
3  that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission
4  at the email address(es) indicated below:

      Anne W. Hamann ecfcanb@piteduncan.com
      U.S. Trustee USTPRegion17.SF.ECF@usdoj.gov
      Robert G. Jackson  robgjackson@yahoo.com
      David Burchard dburchard13@ecf.epiqsystems.com

      I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 9, 2010, at San Diego, California.

                                /s/  Michael Velasco
                                MICHAEL VELASCO

# COURT SERVICE LIST

**DEBTOR(S)**

Maritess E. Lagandaon
23 Crown Circle
South San Francisco, CA 94080

**OTHER LIENHOLDER(S)**

Bank Of America Mortgage
c/o Managing and/or Servicing Agent
450 American St.
Simi Valley, CA 93065