**Entered on Docket**
**July 12, 2010**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



CASPER J. RANKIN (CA SBN 249196)
JOSEPH C. DELMOTTE (CA SBN 259460)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**Signed and Filed: July 09, 2010**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorneys for WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 006-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MARITESS E. LAGANDAON,<br><br>Debtor(s). | Case No. 10-30372-DM<br><br>Chapter 13<br><br>R.S. No. ALH-42<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: June 10, 2010<br>TIME: 9:30 am<br>CTRM: 22<br><br>Northern District of California - San Francisco Division<br>United States Bankruptcy Court<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |

The above-captioned matter came on for hearing on June 10, 2010, at 9:30 AM, in Courtroom 22, upon the Motion of Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 006-AR1, Mortgage Pass-Through Certificates, Series 2006-AR1 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Maritess E. Lagandaon ("Debtor") commonly known as 3462 Colchester Avenue, Sacramento, California 95834 (the "Real Property"), which is legally described as follows:

Lot 97, as shown on the "Plat of Cambay West Village 1, Subdivision No. P99-135.1" filed in the Office of the County Recorder of Sacramento County, California on July 31, 2002 in Book 300 of Maps, at Page 10.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case;

7. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; and

8. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

**COURT SERVICE LIST**

Maritess E. Lagandaon
23 Crown Circle
South San Francisco, CA 94080

Robert G. Jackson
Law Offices of Robert G. Jackson
2171 Junipero Serra Blvd. #620
Daly City, CA 94014

David Burchard
393Vintage Park Drive
Suite 150
Foster City, CA 94404
Chapter 13 Trustee

U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104